**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-6334

LEONARD CARTER,

Plaintiff - Appellant,

versus

COMMONWEALTH OF VIRGINIA; R. A. YOUNG, Regi-
onal Administrator; A. D. ROBINSON, Warden;
KEITH DAVIS, AWP; B. L. JOHNSON, Treatment
Programs Supervisor; UNKNOWN PINCHBECK, Coun-
selor; C. W. FITZGERALD; V. L. FOSTER; A. W.
GRAHAM, Counselor; SCOTT L. LAMBERT, Coun-
selor; D. CHAFLIN, Counselor; J. WOODSON,
Counselor,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Richard L. Williams, Senior
District Judge.  (CA-97-558)

Submitted:  July 2, 1998          Decided:  July 27, 1998

Before NIEMEYER and HAMILTON, Circuit Judges, and HALL, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

Leonard Carter, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (1994) action. The district court's order of dismissal is not appealable. See Domino Sugar Corp. v. Sugar Workers' Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). A dismissal without prejudice is final if "no amendment [to the complaint] could cure defects in the plaintiff's case." Id. at 1067 (citation omitted). In ascertaining whether a dismissal without prejudice is reviewable in this court, the court must determine "whether the plaintiff could save his action by merely amending the complaint." Id. at 1066-67.

Appellant could refile his complaint once he has particularized his complaint, as directed by the district court. We therefore dismiss the appeal for lack of jurisdiction because we find the dismissal of the complaint without prejudice is not appealable.

We deny Carter's motions for appointment of counsel, to proceed on appeal in forma pauperis, for a jury trial, and for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED